IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| Daniela Sanchez, et al. | § | |
| | § | |
| versus | § | CIVIL ACTION NO. 1:14-cv-00029 |
| | § | |
| United States of America, et al. | § | |

## DEFENDANT VALLEY BAPTIST MEDICAL CENTER-BROWNSVILLE'S CERTIFICATE OF INTERESTED PARTIES

TO THE HONORABLE UNITED STATES DISTRICT COURT:

COMES NOW, Defendant, VHS BROWNSVILLE HOSPITAL COMPANY, LLC D/B/A VALLEY BAPTIST MEDICAL CENTER-BROWNSVILLE, and certifies that on the best of its knowledge, the only persons, associations, etc., to be financially interested in the outcome of this litigation, at this point in time are:

1. Daniela Sanchez, Luis Sanchez and L. S., a minor
   Plaintiffs

2. Mr. Robert J. Talaska
   THE TALASKA LAW FIRM, P.L.L.C.
   442 Heights Blvd.
   Houston, TX 77007
   rjt@ttlf.com
   Fax No. 713-869-1465
   Tel No. 713-869-1240
   Attorneys for Plaintiffs
   Daniela Sanchez, Luis Sanchez, Individually and as Natural Parents,
   Next Friends, Legal Guardians of L. S., a Minor

3. Roberto Diaz-Gonzales, M.D. and
   the Brownsville Community Health Center

4. Mr. Fred Turner Hinrichs
   Assistant U.S. Attorney
   KENNETH MAGIDSON
   United States Attorney
   1000 Louisiana, Suite 2300
   Houston, TX 77002
   tel:713-567-9529
   fax:713-718-3303
   Email: fred.hinrichs@usdoj.gov
   Attorney for defendants
   Roberto Diaz-Gonzales, M.D. and
   the Brownsville Community Health Center

5. VHS Brownsville Hospital Company, LLC d/b/a Valley Baptist Medical
   Center-Brownsville and its insurers
   Defendant

6. Mr. Will Hughes
   Mr. Scott T. Clark
   ADAMS & GRAHAM, L.L.P.
   P. O. Drawer 1429
   Harlingen, TX 78551-1429
   Email: willhughes@adamsgraham.com
   Email: sclark@adamsgraham.com
   Fax No. 956-428-2954
   Tel No. 956-428-7495

   and

   Russell W. Schell
   Email: Rschell@schellcooley.com
   SCHELL COOLEY, LLP
   15455 Dallas Pkwy., Suite 550
   Addison, TX 75001
   Phone: (214) 665-2020
   Fax: (214)754-0060

   Attorneys for defendant VHS Brownsville Hospital Company, LLC
   d/b/a Valley Baptist Medical Center-Brownsville

Signed on this the 10th day of March, 2014.

Respectfully submitted,

ADAMS & GRAHAM, L.L.P.
134 E. Van Buren, Suite 301
Harlingen, Texas 78550
Phone: 956/428-7495
Fax:    956/428-2954
Email: willhughes@adamsgraham.com


        /s/ Will Hughes
By: _____
        Will Hughes -- attorney in charge
State Bar No.10240100
Federal ID. No. 15809

Scott T. Clark
State Bar No. 00795896
Federal ID. No. 21676
Email: sclark@adamsgraham.com

and

Russell W. Schell
State Bar No. 17736800
 Federal ID. No. 13276
SCHELL COOLEY, LLP
15455 Dallas Pkwy., Suite 550
Addison, TX 75001
Phone: (214) 665-2020
Fax: (214)754-0060
Email: Rschell@schellcooley.com

ATTORNEYS FOR DEFENDANT
VHS BROWNSVILLE HOSPITAL COMPANY, LLC
D/B/A VALLEY BAPTIST MEDICAL CENTER-
BROWNSVILLE

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument was served on the following counsel of record on this the 10th day of March, 2014, as shown below. Service is being effectuated electronically through ecf.txsd.uscourts.gov. to all known counsel of record. I understand that ecf.txsd.uscourts.gov. will send a case filing notification to all known counsel of record who have registered to use ecf.txsd.uscourts.gov.

Mr. Robert J. Talaska                                                                                        ecf.txsd.uscourts.gov
THE TALASKA LAW FIRM, P.L.L.C.
442 Heights Blvd.
Houston, TX 77007
Email: rjt@ttlf.com

Mr. Fred T. Hinrichs                                                                                         ecf.txsd.uscourts.gov
Assistant U.S. Attorney
KENNETH MAGIDSON
United States Attorney
1000 Louisiana, Suite 2300
Houston, TX 77002
Email: Fred.Hinrichs@usdoj.gov


/s/ Will Hughes
_____
Will Hughes